# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In the Matter of the Search of:<br><br>10028 Scenic Walk Avenue<br>Las Vegas, Nevada 89149<br>County of Clark, State of Nevada | Case No. 2:14-mj-0606-NJK<br><br>**ORDER TO UNSEAL SEARCH WARRANT** |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant case shall be unsealed.

**DATED** October 22, 2018.

_____
UNITED STATES MAGISTRATE JUDGE